Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Counsel for Plaintiff Richard Hartley*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARTLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UC SAN DIEGO HEALTH, a public entity, and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:21-cv-01668-H-KSC<br><br>**NOTICE OF RELATED CASE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this case is related to *Menezes v. The Regents of The University of California d/b/a UC San Diego Health*, filed on

1

September 20, 2021 in the United States District Court for the Southern District of California under Case No. 3:21-cv-01641-BEN-JLB.

Accordingly, pursuant to Civil Local Rule 40.1(f) of the United States District Court for the Southern District of California, Plaintiff submits this Notice of Related Case.

## I. APPLICABLE STANDARD UNDER CIVIL LOCAL RULES 40.1(E) AND 40.1(F)

Under Civil Local Rule 40.1(e) an action is related to another when they appear:

> (1) to arise from the same or substantially identical transactions, happenings, or events; or (2) involve the same or substantially the same parties or property, or (3) involve the same patent or the same trademark; or (4) call for determination of the same or substantially identical questions of law; or (5) where a case is refiled within one year of having previously been terminated by the Court; or (6) for other reasons would entail substantial duplication of labor if heard by different judges.

In addition, "[w]henever counsel has a reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other Federal or State Court," said counsel must promptly file and serve on all known parties a notice of related cases, pursuant Civil Local Rule 40.1(f).

## II. THESE CASES ARE RELATED

The captioned case is related to *Menezes v. The Regents of The University of California d/b/a UC San Diego Health*, within the meaning of the rule. Both cases are brought against the same party, and make similar claims regarding the security incident at issue, which plaintiffs' Complaints allege caused them damage. The Complaints encompass

1 | overlapping classes and parties, concern the same or similar issues of fact
2 | and allegations of damage such that these cases will likely require
3 | determination of substantially related or similar questions of law. As such,
4 | the relation of these cases will promote efficiency and avoid substantial
5 | duplication of labor by different judges.

### III. CONCLUSION

For the foregoing reasons, Plaintiff submits this Notice of Related Case.

Date: September 27, 2021

Respectfully submitted,

*s/ Gayle M. Blatt*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK**
  **FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile:  (619) 544-9232

Melissa R. Emert
(*pro hac vice forthcoming*)
Gary S. Graifman
(*pro hac vice forthcoming*)
**KANTROWITZ GOLDHAMER**
  **& GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile:  (845) 356-4335
*memert@kgglaw.com*
*ggraifman@kgglaw.com*

*Attorneys for Plaintiff Richard Hartley*