# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Richard Hartley, on behalf of himself and
all others similarly situated

**Plaintiff,**

V.

The Regents of the University of
California, a public entity, dba UC San
Diego Health ; Does 1 through 50     **Defendant.**

Case No.   21-cv-01668-H-KSC

**REPORT OF CLERK AND ORDER
OF TRANSFER PURSUANT TO
"LOW-NUMBER" RULE**

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:      "Low-Numbered Case No.:      21-cv-1641-BEN-JLB

Title:   Menezes v. The Regents of the University of California

Nature of Case:   28:1331cv Fed. Question: Other Civil Rights

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:   21-cv-01668-BEN-JLB**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:       9/24/21

By:  s/ D. Frank

D. Frank, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:       9/24/21

Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge null for all further proceedings.

Dated:       9/27/21

Marilyn L. Huff
United States District Judge