Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Counsel for Plaintiff Richard Hartley*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARTLEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UC SAN DIEGO HEALTH, a public entity, and DOES 1 through 50,<br><br>        Defendants. | Case No.: 3:21-cv-01668-BEN-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Richard Hartley hereby voluntarily dismisses this matter without prejudice against all defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No defendant has made an appearance.

| | | |
|---|---|---|
| 1 | Date: October 4, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | *s/ Gayle M. Blatt* |
| | | Gayle M. Blatt, SBN 122048 |
| | | *gmb@cglaw.com* |
| 4 | | Jeremy Robinson, SBN 188325 |
| | | *jrobinson@cglaw.com* |
| 5 | | P. Camille Guerra, SBN 326546 |
| | | *camille@cglaw.com* |
| 6 | | **CASEY GERRY SCHENK** |
| | | **FRANCAVILLA BLATT & PENFIELD, LLP** |
| 7 | | 110 Laurel Street |
| | | San Diego, CA 92101 |
| 8 | | Telephone: (619) 238-1811 |
| | | Facsimile:  (619) 544-9232 |
| 9 | | |
| 10 | | Melissa R. Emert |
| | | (*pro hac vice forthcoming*) |
| | | Gary S. Graifman |
| 11 | | (*pro hac vice forthcoming*) |
| | | **KANTROWITZ GOLDHAMER** |
| 12 | | **& GRAIFMAN, P.C.** |
| | | 747 Chestnut Ridge Road |
| 13 | | Chestnut Ridge, New York 10977 |
| | | Telephone: (845) 356-2570 |
| 14 | | Facsimile:   (845) 356-4335 |
| | | *memert@kgglaw.com* |
| 15 | | *ggraifman@kgglaw.com* |
| 16 | | *Attorneys for Plaintiff Richard Hartley* |

2